UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | RE:  **Sukhwinder SINGH**<br>       **Docket Number:  2:11CR00173-01**<br>       **<u>PERMISSION TO TRAVEL</u>**<br>       **<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Sukhwinder Singh is requesting permission to travel to India for his son's wedding.  Mr. Singh is current with all supervision obligations, and his restitution has been paid in full.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On April 18, 2012, Sukhwinder Singh was sentenced for the offenses of 7 USC 2024(b) – Unauthorized Use of Food Stamps and Criminal Forfeiture.

**Sentence Imposed:**   24 months custody Bureau of Prisons; 3 years Supervised Release; $100 special assessment; $75,000 restitution. Special Conditions imposed: 1) Warrantless search; 2) Not dissipate assets until restitution paid in full; 3) Financial Disclosure; and 4) Not open additional lines of credit without approval of the probation officer.

**Dates and Mode of Travel:**  November 26, 2014, through December 30, 2014, by air.

RE: **Sukhwinder Singh**
   **Docket Number:  2:11CR00173-01**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:**  Mr. Singh will be visiting and staying with his son in Amridsar, Punjab, India.  His son will be getting married while Mr. Singh is there.

Respectfully submitted,

*/s/ Wendy E. Reyes*

Wendy E. Reyes
United States Probation Officer

Dated:   November 3, 2014
         Elk Grove, California
         WER/sda

*/s/ Jack C. Roberson*
**REVIEWED BY:**   **Jack C. Roberson**
                   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

**Date  November 4, 2014**            UNITED STATES DISTRICT JUDGE

2